**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **Honorable** | LaShonda A. Hunt | **Hearing Date** | 12/4/2020 |
| **Bankruptcy Case** | | **Adversary No.** | 20 A 00261 |
| **Title of Case** | Michell White/Alliance Builders & Construction Co. Inc. v. White | | |

**Brief Statement of Motion:** Status Hearing

**Names and Addresses of moving counsel:**

**Representing:**

**ORDER**

Pro se debtor/defendant, Michell White, filed her answer to the complaint. Upon further review of the issues, the court concludes (and the parties agreed) that the defendant could potentially benefit from pro bono representation through the Bankruptcy Court Panel of Volunteer Attorneys. As such, these proceedings are stayed pending further court order. A continued telephonic status hearing is set for January 15, 2021 at 9:30AM.

*/s/ LaShonda A. Hunt*
U. S. Bankruptcy Judge LaShonda A. Hunt